B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Cheval Golf Club, LLC                                                   Case No.  _____

                                        Debtor(s)                                Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ace Cheval, Inc. 718 S. Orleans Ave. Tampa, FL 33606 | ' Ace Cheval, Inc. 718 S. Orleans Ave. Tampa, FL 33606 | Country Club and course Location: 4312 Cheval Blvd., Lutz FL 33558 PID: U-08-27-18-ZZZ-000000-48920.0 Folio: 012950-0000 Tennis Courts Location: | Disputed | 2,500,000.00 (1,100,000.00 secured) |
| INTERNAL REVENUE SERVICE P.O. Box 7346 Philadelphia PA 19101 | INTERNAL REVENUE SERVICE P.O. Box 7346 Philadelphia PA 19101 | taxes - serial no. 960387213 and taxes - serial no. 949115613 serial No: 949115613 (940 & 941taxes for 2012 | | 304,112.80 |
| WESLINN CORPORATION PO BOX 2068 OLDSMAR, FL 34677 | WESLINN CORPORATION PO BOX 2068 OLDSMAR, FL 34677 | Chemicals | | 45,927.62 |
| FLORIDA POTTING SOILS P.O. BOX 532109 ATLANTA, GA 30353 | FLORIDA POTTING SOILS P.O. BOX 532109 ATLANTA, GA 30353 | Sand Supplier | | 42,044.62 |
| JOHN DEERE LANDSCAPES 24110 NETWORK PLACE CHICAGO, IL 60673-1241 | JOHN DEERE LANDSCAPES 24110 NETWORK PLACE CHICAGO, IL 60673-1241 | Judgment Lien; J13001366393 | | 34,160.25 (0.00 secured) |
| FLORIDA DEPT OF REVENUE 5050 W TENNESSEE ST TALLAHASSEE, FL 32399 | FLORIDA DEPT OF REVENUE 5050 W TENNESSEE ST TALLAHASSEE, FL 32399 | 91/30/2013 - J13000261140-lien; /11/J13001653899-Lien; SUTA Judgment - 1/9/2014 - J14000062181 - Judgment Lien | | 25,270.01 |

B4 (Official Form 4) (12/07) - Cont.

In re  Cheval Golf Club, LLC  
       _____  
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| YAMAHA<br>1000 GA HIGHWAY 34 EAST<br>NEWNAN, GA 30265-1320 | YAMAHA<br>1000 GA HIGHWAY 34 EAST<br>NEWNAN, GA 30265-1320 | Cart Rentals | | 21,743.23 |
| SUNBELT RENTALS<br>PO BOX 409211 ATLANTA<br>ATLANTA, GA 30384-9211 | SUNBELT RENTALS<br>PO BOX 409211 ATLANTA<br>ATLANTA, GA 30384-9211 | Equipment Rental | | 20,639.84 |
| STEVES WORLD OF GOLF<br>13125 FAIRWINDS RD.<br>HUDSON, FL 34669 | STEVES WORLD OF GOLF<br>13125 FAIRWINDS RD.<br>HUDSON, FL 34669 | Golf Pro Shop merchandise including:golf apparel; equipment, shoes, balls, clubs, bags & accessories logo items, GPS units and special order items | | 17,285.31<br><br>(0.00 secured) |
| PROGRO<br>18950 COUNTRY HWY 5 W<br>EAST DUBUQUE, IL 61025 | PROGRO<br>18950 COUNTRY HWY 5 W<br>EAST DUBUQUE, IL 61025 | Chemicals | | 15,754.36 |
| CHEVAL PROPERTY OWNERS ASSOC<br>4142 CHEVAL BLVD<br>LUTZ, FL 33558 | CHEVAL PROPERTY OWNERS ASSOC<br>4142 CHEVAL BLVD<br>LUTZ, FL 33558 | Lake Maintenance fee | | 12,339.00 |
| HAPPY POOLS<br>PO BOX 95379<br>ODESSA, FL 33556 | HAPPY POOLS<br>PO BOX 95379<br>ODESSA, FL 33556 | Pool Maintenance Service | | 11,044.42 |
| CHENEY BROS<br>2801 W. SILVER SPRINGS BLVD.<br>OCALA, FL 34475-5655 | CHENEY BROS<br>2801 W. SILVER SPRINGS BLVD.<br>OCALA, FL 34475-5655 | Judgment Lien | | 10,108.13<br><br>(0.00 secured) |
| GOLF VENTURES<br>5101 GATEWAY BLVD.<br>Ste 18<br>LAKELAND, FL 33811-2704 | GOLF VENTURES<br>5101 GATEWAY BLVD.<br>Ste 18<br>LAKELAND, FL 33811-2704 | Chemicals | | 9,331.28 |
| HUMMINGBIRD WORLDWIDE, LLC<br>PO BOX 2068<br>OLDSMAR, FL 34677 | HUMMINGBIRD WORLDWIDE, LLC<br>PO BOX 2068<br>OLDSMAR, FL 34677 | Chemicals | | 9,110.00 |
| T-QUIP OF FLORIDA INC<br>9409 BOYCE AVE<br>ORLANDO, FL 32824 | T-QUIP OF FLORIDA INC<br>9409 BOYCE AVE<br>ORLANDO, FL 32824 | | | 8,865.00 |
| TECO<br>BOX 31318<br>TAMPA, FL 33631 | TECO<br>BOX 31318<br>TAMPA, FL 33631 | Electric Company | | 8,103.03 |
| MAXIM COMMERCIAL CAPTIAL LLC<br>PO BOX 24882<br>SEATTLE, WA 98124-0882 | MAXIM COMMERCIAL CAPTIAL LLC<br>PO BOX 24882<br>SEATTLE, WA 98124-0882 | Kitchen Equipment | | 21,917.72<br><br>(15,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  Cheval Golf Club, LLC
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| VOLVO RENTS<br>517 SOUTH FAULKENBURG DR<br>TAMPA, FL 33619 | VOLVO RENTS<br>517 SOUTH FAULKENBURG DR<br>TAMPA, FL 33619 | Boom Rental | | 6,782.00 |
| HARRELL'S FERTILIZER<br>PO BOX 807<br>LAKELAND, FL 33802 | HARRELL'S FERTILIZER<br>PO BOX 807<br>LAKELAND, FL 33802 | Judgment | | 6,499.12<br>(0.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   2/5/14                    Signature   _/s/ Michael Sheeks_
                                             Michael Sheeks
                                             Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy